Case 3:07-cv-04929-SI    Document 2    Filed 09/21/2007    Page 1 of 5

Stan D. Blyth, SBN 166938
The Law Offices of Stan D. Blyth
11 Embarcadero West, Suite 145
Oakland, CA 94607
Telephone: (510) 272-0200
Facsimile: (510) 451-3931
blythlaw@gmail.com

Attorneys for Plaintiff RENTAL SOLUTIONS, LLC

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, For the Use and Benefit of RENTAL SOLUTIONS, LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>CENTRAL VALLEY CONSTRUCTION, INC., TPA-CKY JOINT VENTURE, CKY, INC., TAN PHUNG & ASSOCIATES, AMERICAN CONTRACTORS INDEMNITY COMPANY, and DOES 1-20, inclusive,<br><br>          Defendants. | Civil Action File No.<br><br>**NOTICE OF PENDENCY OF OTHER ACTION** |

Use Plaintiff RENTAL SOLUTIONS, LLC hereby notifies the Court of the pendency of related action Civil Action File No. C 07-01568 MJJ filed in the United States District Court, Northern District of California, San Francisco Division. Said suit was filed by Use Plaintiff ECCO EQUIPMENT CORPORATION against Defendants CENTRAL VALLEY CONSTRUCTION, INC., CKY, INC., TPA, INC. and AMERICAN CONTRACTORS INDEMNITY COMPANY for enforcement of the Miller Act Payment Bond that Use Plaintiff

Notice of Pendency of Other Action - 1

RENTAL SOLUTIONS, LLC seeks to enforce in its action. The instant action and the pending related action involve the same defendants and arise from the same contract by and between the United States of America through the United States Department of the Army Corps of Engineers, and TPA-CKY JOINT VENTURE, more particularly identified as Contract No. W91238-05-C-0019, for that certain work of improvement consisting of the flood control work at the Napa River, in Napa, California.

Dated: September 21, 2007

By: Stan D. Blyth

STAN D. BLYTH, Attorneys for
RENTAL SOLUTIONS, LLC

## PROOF OF SERVICE BY MAIL
(FRCP 5)

I am at least eighteen years of age, and I am employed in the county where the mailing took place. My business address is:   11 Embarcadero West, Suite 145
Oakland, CA 94607

I served a Copy of the following documents: **NOTICE OF PENDENCY OF OTHER ACTION**

by enclosing them in an envelope AND depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.

The envelope was mailed as follows:

ECCO EQUIPMENT CORPORATION
1417 N. Susan St.
Santa Ana, CA 92703
Attn: Don W. Schmid

CKY, INC.
302 W 5th Street, Ste 310
San Pedro, CA 90731
Attn: Larry Spiegel

TAN PHUNG & ASSOCIATES
302 W 5th Street, Ste 310
San Pedro, CA 90731
Attn: Larry Spiegel

AMERICAN CONTRACTORS INDEMNITY COMPANY
9841 Airport Blvd 9th Fl
Los Angeles, CA 90045
Attn: Jeannie J. Kim

CENTRAL VALLEY CONSTRUCTION, INC.
901 H St., Suite 610
Sacramento, CA 95814

Dated Mailed: September 21, 2007,
Place of Mailing: The County of Alameda, City of Oakland, California.

1  I declare under the penalty of perjury under the laws of the State of California that the forgoing is true and correct.

2  Date: September 21, 2007         /s/ Hao Bly