UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

U.S. ex rel RENTAL SOLUTIONS

    Plaintiff(s),                              No. 07-04929 JL

    v.                                      NOTICE OF CONTINUANCE
<u>OF CASE MANAGEMENT CONFERENCE</u>

CENTRAL VALLEY CONSTRUCTION

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the case management conference scheduled for December 26, 2007 @ 10:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued to January 16, 2008 @ 10:30 a.m..

Dated: December 19, 2007

*Wings Hom*
_____
Wings Hom Courtroom Deputy to
JAMES LARSON, CHIEF UNITED STATES MAGISTRATE JUDGE