UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Rental Solutions, LLC

      Plaintiff(s),

v.

Central Valley Construction, Inc., et. al.

      Defendant(s).

No. C 07-4929 JL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: December 19, 2007

Signature: /s/

Counsel for Plaintiff Rental Solutions, LLC
(Plaintiff, Defendant, or indicate "pro se")