Stan D. Blyth, SBN 166938
The Law Offices of Stan D. Blyth
11 Embarcadero West, Suite 145
Oakland, CA 94607
Telephone: (510) 272-0200
Facsimile: (510) 451-3931
blythlaw@gmail.com

Attorneys for Plaintiff RENTAL SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, For the Use and Benefit of RENTAL SOLUTIONS, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>CENTRAL VALLEY CONSTRUCTION, INC., TPA-CKY JOINT VENTURE, CKY, INC., TAN PHUNG & ASSOCIATES, AMERICAN CONTRACTORS INDEMNITY COMPANY, and DOES 1-20, inclusive,<br><br>        Defendants. | Civil Action File No. C 07-4929 JL<br><br>**CERTIFICATION OF INTERESTED PARTIES OR PERSONS** |

Plaintiff RENTAL SOLUTIONS, LLC makes the following certification:

Pursuant to L.R. 3-16, the undersigned certifies that the following listed person, association of persons, firms, partnerships, corporations (including parent corporations), or other entities have (i) a financial interest in the subject matter of the controversy or in a party to the proceeding; or (ii) have a non-financial interest that could be substantially affected by the outcome of the proceeding:

**CENTRAL VALLEY CONSTRUCTION ENGINEERING, INC.**, the successor-in-interest to Defendant CENTRAL VALLEY CONSTRUCTION, INC. after a change of the name of Defendant CENTRAL VALLEY CONSTRUCTION, INC.

Dated: December 19, 2007

**THE LAW OFFICES OF STAN D. BLYTH**
11 Embarcadero West, Suite 145
Oakland, CA 94607

By: _/s/ Stan D. Blyth_
STAN D. BLYTH, Attorneys for Use Plaintiff
RENTAL SOLUTIONS, LLC