UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA

   Plaintiff(s),         No. 07-04929 JL

 v.              NOTICE OF IMPENDING REASSIGNMENT TO A UNITED <u>STATES DISTRICT COURT JUDGE</u>

CENTRAL VALLEY CONSTRUCTION

   Defendant(s).

_____/

  The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX** (1) One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

   (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

  The **CASE MANAGEMENT CONFERENCE** previously scheduled for January 16, 2007 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: December 20, 2007

                 Richard W. Wieking, Clerk
                 United States District Court

                 _____
                 By: Wings Hom, Deputy Clerk