Stan D. Blyth, SBN 166938
The Law Offices of Stan D. Blyth
11 Embarcadero West, Suite 145
Oakland, CA 94607
Telephone: (510) 272-0200
Facsimile: (510) 451-3931
blythlaw@gmail.com

Attorneys for Plaintiff RENTAL SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, For the Use and Benefit of RENTAL SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL VALLEY CONSTRUCTION, INC., TPA-CKY JOINT VENTURE, CKY, INC., TAN PHUNG & ASSOCIATES, AMERICAN CONTRACTORS INDEMNITY COMPANY, and DOES 1-20, inclusive,<br><br>Defendants. | Civil Action File No. C 07-04929 MHP<br><br>**PROOF OF SERVICE** |

Proof of Service - 1

## PROOF OF SERVICE BY MAIL

1. I am at least eighteen years of age, and I am employed in the county where the mailing took place. My business address is: 11 Embarcadero West, Suite 145, Oakland, CA 94607

2. I served a Copy of the following documents: **CLERK'S NOTICE Regarding Scheduling Case Management Conference, and Standing Order Re Contents of Joint Case Management Statement**

3. by enclosing them in an envelope AND depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.

The envelope was mailed as follows:

Thomas J. Eastmond
MUSICK, PEELER & GARRETT, LLP
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626-1925

Attorneys for Defendants TPA-CKY JOINT VENTURE, CKY, INC., TAN PHUNG & ASSOCIATES, and AMERICAN CONTRACTORS INDEMNITY COMPANY

Anthony Arnaiz
318 Mokelumne River Drive
Lodi, CA 95240

Agent for Defendant CENTRAL VALLEY CONSTRUCTION ENGINEERING, INC.

Dated Mailed: December 28, 2007
Place of Mailing: The County of Alameda, City of Oakland, California.

I declare under the penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Date: _____
Murl Smith

Proof of Service- 2