| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Stan D Blyth, 166938<br>The Law Offices of Stan D. Blyth<br>11 EMBARCADERO W STE 145<br>OAKLAND, CA 94607-4500 | (510) 272-0200 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>RENT1-001 | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Rental Solutions, LLC

DEFENDANT:

Central Valley Construction, Inc.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C074929 JL |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Complaint, Civil Case Cover Sheet, Notice of Pendency, Notice of Assignment of Magistrate, ECF Handout, Scheduling Order, Standing Order, Summons

2. Party Served:           Central Valley Construction Engineering, Inc.

3. Person Served:          Anthony Arnaiz - Person authorized to accept service of process

   a. Left with:           Josephina Garcia, Housekeeper- Co-Occupant

4. Date & Time of Delivery: December 17, 2007    3:00 pm

5. Address, City and State: 318 Mokelumne River Dr.
                            Lodi, CA  95240

6. Manner of Service:      By leaving the copies with or in the presence of Josephina Garcia, Housekeeper, a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

BY FAX

79.75

Registered California process server.
County: MERCED
Registration No.:93
Expiration: April 5, 2008

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on December 17, 2007 at Oakland, California.

Signature: _____

Ronnie Mason, Jr.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| Stan D Blyth, 166938<br>The Law Offices of Stan D. Blyth<br>11 EMBARCADERO W STE 145<br>OAKLAND, CA 94607-4500 | (510) 272-0200 | | | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>RENT1-001 | | | |
| Insert name of court, judicial district or branch court, if any:<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | | | | |
| PLAINTIFF:<br>Rental Solutions, LLC | | | | |
| DEFENDANT:<br>Central Valley Construction, Inc. | | | | |
| **PROOF OF SERVICE BY MAIL** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C074929 JL |

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On December 17, 2007, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made (if applicable), I mailed copies of the:

Complaint, Civil Case Cover Sheet, Notice of Pendency, Notice of Assignment of Magistrate, ECF Handout, Scheduling Order, Standing Order, Summons

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, CA, California, addressed as follows:

Central Valley Construction Engineering, Inc.
Anthony Arnaiz
318 Mokelumne River Dr.
Lodi, CA 95240

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

79.75

Lee Major
One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on December 17, 2007 at Oakland,

*Lee Major*

Lee Major

FF# 6653224