```
Stan D Blyth, Bar No: 166938              (510) 272-0200
The Law Offices of Stan D. Blyth
11 EMBARCADERO W STE 145
OAKLAND, CA  94607-4500

Representing: Plaintiff                   File No.RENT1-001
```

*ORIGINAL FILED*
*07 OCT 18 PM 3: 55*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

United States District Court

Northern District of California

| | |
|---|---|
| Rental Solutions, LLC<br><br>Plaintiff/Petitioner<br>vs.<br><br>Central Valley Construction, Inc.<br><br>Defendant/Respondent | Case No: C 07 4929 JL<br><br>Proof of Service of:<br>Civil Case Cover Sheet, Summons, Complaint, Notice of Pendency of Action, Order Setting Initial Case Management Conference & ADR Deadlines, USDC-SF Guidelines, ECF Registration Info, Magistrate Judge James Larson Info, Standing Order for All Judges, Notice of Assignment of Case,<br><br>Service on:<br>TAN PHUNG & ASSOCIATES  BY FAX<br><br>Hearing Date:<br>Hearing Time:<br>Div/Dept: |

PROOF OF SERVICE

FF# 6648745

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Stan D Blyth, 166938<br>The Law Offices of Stan D. Blyth<br>11 EMBARCADERO W STE 145<br>OAKLAND, CA 94607-4500<br>TELEPHONE NO.: (510) 272-0200<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF/PETITIONER: Rental Solutions, LLC

DEFENDANT/RESPONDENT: Central Valley Construction, Inc.

CASE NUMBER: C 07 4929 JL

PROOF OF SERVICE OF SUMMONS

Ref. No. or File No.: RENT1-001

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Civil Case Cover Sheet, Summons, Complaint, Notice of Pendency of Action, Order Setting Initial Case Management Conference & ADR Deadlines, USDC-SF Guidelines, ECF Registration Info, Magistrate Judge James Larson Info, Standing Order for All Judges, Notice of Assignment of Case, Blank: Consent to Proceed Before a US Magistrate Judge, Declaration to Proceed Before a Magistrate Judge & Request for Reassignment

3. a. Party served: TAN PHUNG & ASSOCIATES

   b. Person Served: Larry Spiegel - Person authorized to accept service of process

   BY FAX

4. Address where the party was served: 302 W. 5th St, Ste 310
   San Pedro, CA 90731

5. I served the party
   b. by substituted service. On (date): October 10, 2007    at (time): 9:00 am    I left the documents listed in Item 2 with or in the presence of: Lisa Villareal
      (1) (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   TAN PHUNG & ASSOCIATES

      under:    CCP 416.40 (association or partnership)

7. Person who served papers
   a. Name:            David Groves
   b. Address:         One Legal, Inc. - 132-Marin
                       504 Redwood Blvd #223
                       Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 32.25
   e. I am:
      (3) registered California process server.
         (i) Employee or Independent contractor.
         (ii) Registration No.: 3714
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: October 18, 2007

David Groves
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. July 1, 2004]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

FF# 6648745

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Stan D Blyth, 166938<br>The Law Offices of Stan D. Blyth<br>11 EMBARCADERO W STE 145<br>OAKLAND, CA 94607-4500 | (510) 272-0200 | |
| | Ref. No. or File No.<br>RENT1-001 | |
| ATTORNEY FOR (Name): Plaintiff | | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Rental Solutions, LLC

DEFENDANT:

Central Valley Construction, Inc.

| PROOF OF SERVICE BY MAIL | | | | CASE NUMBER:<br>C 07 4929 JL |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On October 18, 2007, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

Civil Case Cover Sheet, Summons, Complaint, Notice of Pendency of Action, Order Setting Initial Case Management Conference & ADR Deadlines, USDC-SF Guidelines, ECF Registration Info, Magistrate Judge James Larson Info, Standing Order for All Judges, Notice of Assignment of Case, Blank: Consent to Proceed Before a US Magistrate Judge, Declaration to Proceed Before a Magistrate Judge & Request for Reassignment

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, CA, California, addressed as follows:

TAN PHUNG & ASSOCIATES
Larry Spiegel
302 W. 5th St, Ste 310
San Pedro, CA 90731

BY FAX

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$ 32.25

Solomon Rodriguez
One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on October 18, 2007 at Los Angeles, California.

Solomon Rodriguez

FF# 6648745