```
Stan D Blyth, Bar No: 166938          (510) 272-0200
The Law Offices of Stan D. Blyth
11 EMBARCADERO W STE 145
OAKLAND, CA 94607-4500
```

Representing: Plaintiff          File No.RENT1-001

ORIGINAL FILED
OCT 22 AM 10:29
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court

Northern District of California

| | |
|---|---|
| Rental Solutions, LLC<br><br>　　　Plaintiff/Petitioner<br>　　　vs.<br><br>Central Valley Construction, Inc.<br><br>　　　Defendant/Respondent | Case No: C 07 4929 JL<br><br>Proof of Service of:<br>Civil Case Cover Sheet, Summons, Complaint, Notice of Pendency of Other Action, Order Setting Initial Case Management Conference & ADR Deadlines, USDC-SF Guidelines, ECF Registration Info, Magistrate Judge James Larson Info, Standing Order for All Judges, Notice of Assignment of Case.<br><br>Service on:<br>AMERICAN CONTRACTORS INDEMNITY COMPANY   BY FAX<br><br>Hearing Date:<br>Hearing Time:<br>Div/Dept: |

PROOF OF SERVICE

FF# 6648746

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Stan D Blyth, 166938<br>The Law Offices of Stan D. Blyth<br>11 EMBARCADERO W STE 145<br>OAKLAND, CA 94607-4500<br>TELEPHONE NO.: (510) 272-0200<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: Rental Solutions, LLC<br>DEFENDANT/RESPONDENT: Central Valley Construction, Inc. | CASE NUMBER:<br>C 07 4929 JL |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>RENT1-001 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Civil Case Cover Sheet, Summons, Complaint, Notice of Pendency of Other Action, Order Setting Initial Case Management Conference & ADR Deadlines, USDC-SF Guidelines, ECF Registration Info, Magistrate Judge James Larson Info, Standing Order for All Judges, Notice of Assignment of Case, Blank: Consent to Proceed Before a US Magistrate Judge, Declaration to Proceed Before a Magistrate Judge & Request for Reassignment

3. a. Party served: AMERICAN CONTRACTORS INDEMNITY COMPANY

   b. Person Served: Rico Cruz, Vice President - Person authorized to accept service of process

4. Address where the party was served: 9841 Airport Blvd 9th Floor
   Los Angeles, CA 90045

   BY FAX

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): October 9, 2007    (2) at (time): 11:18 am

6. The "Notice to the Person Served" (on the summons) was completed as follows:

7. **Person who served papers**
   a. Name: Robert Butler
   b. Address: One Legal, Inc. - 132-Marin
      504 Redwood Blvd #223
      Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 44.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 3812
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: October 18, 2007

Robert Butler
(NAME OF PERSON WHO SERVED PAPERS)

(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
(Rev. Jan 1, 2007)

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6648746