**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: January 14, 2008

Case No.   C 07-4929  MHP            Judge: MARILYN H. PATEL

Title: RENTAL SOLUTIONS -v- CENTRAL VALLEY CONSTRUCTION INC et al

Attorneys:  Plf: Stan Blythe
            Dft: Walter Traver

Deputy Clerk:  Anthony Bowser   Court Reporter: Margo Gurule

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Pending related case notice, this matter is continued to 2/25/2008 at 3:00 pm, with a joint supplemental status report to be filed one week prior;