JAMES E. GANZER (CSB #99293)
GANZER & WILLIAMS
1617 St. Mark's Plaza, Suite A
Post Office Box 7683
Stockton, California 95267
Telephone: (209) 476-1661
Facsimile: (209) 476-1674

Attorneys for Defendant
Central Valley Construction Engineering, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES, For the Use of RENTAL SOLUTIONS, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CENTRAL VALLEY CONSTRUCTION, INC.; TPA-CKY JOINT VENTURE, CKY, INC., TAN PHUNG & ASSOCIATES, AMERICAN CONTRACTORS INDEMNITY COMPANY, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. C-07-4929 JL<br><br>CENTRAL VALLEY CONSTRUCTION ENGINEERING, INC.'S ANSWER TO COMPLAINT<br><br>Complaint Filed: September 21, 2007<br>Trial Date: None Set |

　　　　Central Valley Construction Engineering, Inc., formerly Central Valley Construction, Inc. and sued as Central Valley Construction, Inc. ("CVC"), for its answer to the complaint of Rental Solutions, LLC, admits, denies and alleges as follows:

　　　　1.　　Admit.

　　　　2.　　Admit.

　　　　3.　　Deny. Lack of sufficient information or belief.

　　　　4.　　Defendant Central Valley Construction, Inc. no longer exists as it did during the

Answer

time of the events complained of, and it now is a California corporation named Central Valley Construction Engineering, Inc.

    5. Deny. Lack of sufficient information or belief.

    6. Deny. Lack of sufficient information or belief.

    7. Admit based upon information or belief.

    8. Admit based upon information or belief.

    9. Deny. Lack of sufficient information or belief.

    10. Admit.

    11. Deny. Lack of sufficient information or belief.

    12. Admit.

    13. Admit.

    14. Deny that $41,629.75 is owed.

    15. Deny. Lack of sufficient information or belief.

    16. Deny only the amount owing as being incorrect.

    17. Wherefore, CVC requests the court award judgment to plaintiff according to proof. As for attorney's fees, CVC has no information or belief sufficient to enable it to determine whether plaintiff is entitled to attorney's fees. Further, plaintiff is not entitled to both pre-judgment interest and late charges.

    18. CVC realleges and incorporates by reference its responses to Paragraphs 1 through 17, inclusive.

    19. Admit.

    20. Admit.

    21. Admit only that CVC owes plaintiff $4,554.00.

Answer

22. Admit that CVC owes plaintiff $4,554.00 and denies that it owes plaintiff $46,183.75.

23. Deny. Lack of sufficient information or belief.

24. Wherefore, CVC requests the court award judgment to plaintiff according to proof. As for attorney's fees, CVC has no information or belief to enable it to determine whether plaintiff is entitled to attorney's fees. Further, plaintiff is not entitled to both pre-judgment interest and late charges.

25. CVC realleges and incorporates by reference its responses to Paragraphs 1 through 24, inclusive.

26. Deny.

27. Wherefore, CVC requests the court award judgment to plaintiff according to proof. As for attorney's fees, CVC has no information or belief to enable it to determine whether plaintiff is entitled to attorney's fees. Further, plaintiff is not entitled to both pre-judgment interest and late charges.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff has not given CVC all of the credits to which it is entitled.

DATED: February 15, 2008                JAMES E. GANZER
                                        GANZER & WILLIAMS


                                        By: /s/ JAMES E. GANZER
                                            Attorney for Defendant
                                            Central Valley Construction
                                            Engineering, Inc.

J73:cvc.rentalsol.answer

Answer