1  JAMES E. GANZER (CSB #99293)
   GANZER & WILLIAMS
2  1617 St. Mark's Plaza, Suite A
   Post Office Box 7683
3  Stockton, California 95267
   Telephone:  (209) 476-1661
4  Facsimile:   (209) 476-1674

5  Attorneys for Defendant
   Central Valley Construction Engineering, Inc.
6

7

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12  UNITED STATES, For the Use of      )  Case No. C-07-4929 JL
    RENTAL SOLUTIONS, LLC,             )
                                       )  CERTIFICATE OF SERVICE
13         Plaintiff,                  )
                                       )  Complaint Filed: September 21, 2007
14  v.                                 )  Trial Date:  None Set
                                       )
15  CENTRAL VALLEY CONSTRUCTION,       )
    INC.; TPA-CKY JOINT VENTURE,       )
16  CKY, INC., TAN PHUNG &             )
    ASSOCIATES, AMERICAN               )
17  CONTRACTORS INDEMNITY              )
    COMPANY, and DOES 1 through 20,    )
18  inclusive,                         )
                                       )
19         Defendants.                 )
    _____)
20

21

22

23

24

25

26

27

28

Certificate of Service

PROOF OF SERVICE
CCP 1013a, 2015.5

I, JOANNE SUEYRES, certify and declare as follows:

I am a citizen of the United States and a resident of the County of San Joaquin. I am over the age of 18 years and not a party to this action. My business address is 1617 St. Mark's Plaza, Suite A, Post Office Box 7683, Stockton, California 95267, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On February 15, 2008, at my place of business at Stockton, California, a true copy of the following documents:

CENTRAL VALLEY CONSTRUCTION ENGINEERING, INC.'S ANSWER TO COMPLAINT

   X   was sent regular mail for delivery to the addressee as set forth below on the next business day.

JACK W. FLEMING
Musick, Peeler & Garrett
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626-1925
(Attorneys for Defendants TPA-CKY Joint Venture, CKY, Inc.
Tan Phung & Associates and American Contractors Indemnity Company)

STAN D. BLYTH
The Law Offices of Stan D. Blyth
11 Embarcadero West, Suite 145
Oakland, CA 94607
(Attorney for Plaintiff Rental Solutions)

DONNA B. NOUSHKAM
Lanak & Hanna, P.C.
400 North Tustin Avenue, Suite 120
Santa Ana, CA 92705-3815
(Attorney for American Contractors Indemnity Company)

   **(BY FACSIMILE TRANSMISSION)** I served the attached documents by facsimile transmission as follows:

The facsimile machine I used complied with the California Rules of Court, Rule 2003(3). Pursuant to California Rules of Court, Rule 2008, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration. The transmission was reported as complete and without error.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 15, 2008              /s/ Joanne Sueyres
                                       JOANNE SUEYRES


J73:proof1