1  JAMES E. GANZER (CSB #99293)
   GANZER & WILLIAMS
2  1617 St. Mark's Plaza, Suite A
   Post Office Box 7683
3  Stockton, California 95267
   Telephone:  (209) 476-1661
4  Facsimile:   (209) 476-1674

5  Attorneys for Defendant
   Central Valley Construction Engineering, Inc.
6

7

8
                    UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12  UNITED STATES, For the Use of        )   Case No. C-07-4929 JL
    RENTAL SOLUTIONS, LLC,               )
                                         )   ORDER PERMITTING TELEPHONIC
13         Plaintiff,                    )   APPEARANCE AT STATUS
                                         )   CONFERENCE
14  v.                                   )
                                         )   Date:  February 25, 2008
15  CENTRAL VALLEY CONSTRUCTION,         )   Time:  3:00 p.m.
    INC.; TPA-CKY JOINT VENTURE,         )
16  CKY, INC., TAN PHUNG &               )   Honorable Marilyn Hall Patel
    ASSOCIATES, AMERICAN                 )   Courtroom 15, 18th Floor
17  CONTRACTORS INDEMNITY                )   San Francisco, CA
    COMPANY, and DOES 1 through 20,     )
18  inclusive,                           )
                                         )
19         Defendants.                   )
                                         )
20

21
          The Court, having considered the ex parte application of James E. Ganzer requesting
22
    permission to appear telephonically at the Case Management Conference scheduled for
23
    February 25, 2008, at 3:00 p.m. and good cause appearing,
24

25  ///

26  ///

27  ///

28

    Order

1 | IT IS HEREBY ORDERED that James E. Ganzer may appear telephonically at
2 | the status conference.

4
5 | DATED:
6 | HONORABLE MARILYN HALL PATEL
United States District Judge

7 | J73:cvc.rentalsol.order

Order