1  JAMES E. GANZER (CSB #99293)
   GANZER & WILLIAMS
2  1617 St. Mark's Plaza, Suite A
   Post Office Box 7683
3  Stockton, California 95267
   Telephone: (209) 476-1661
4  Facsimile:  (209) 476-1674

5  Attorneys for Defendant
   Central Valley Construction Engineering, Inc.
6

7

8
                    UNITED STATES DISTRICT COURT
9
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12 | UNITED STATES, For the Use of ) | Case No. C-07-4929 JL
   | RENTAL SOLUTIONS, LLC,        ) |
   |                               ) | ORDER PERMITTING TELEPHONIC
13 |        Plaintiff,             ) | APPEARANCE AT STATUS
   |                               ) | CONFERENCE
14 | v.                            ) |
   |                               ) | Date: February 25, 2008
15 | CENTRAL VALLEY CONSTRUCTION,  ) | Time: 3:00 p.m.
   | INC.; TPA-CKY JOINT VENTURE,  ) |
16 | CKY, INC., TAN PHUNG &        ) | Honorable Marilyn Hall Patel
   | ASSOCIATES, AMERICAN          ) | Courtroom 15, 18th Floor
17 | CONTRACTORS INDEMNITY         ) | San Francisco, CA
   | COMPANY, and DOES 1 through 20,)|
18 | inclusive,                    ) |
   |                               ) |
19 |        Defendants.            ) |
   |                               ) |
20

21
         The Court, having considered the ex parte application of James E. Ganzer requesting
22
   permission to appear telephonically at the Case Management Conference scheduled for
23
   February 25, 2008, at 3:00 p.m. and good cause appearing,
24

25  ///

26  ///

27  ///
28

   Order

IT IS HEREBY ORDERED that James E. Ganzer may appear telephonically at the status conference.

DATED:

HONORABLE MARILYN HALL PATEL
United States District Judge

J73:cvc.rentalsol.order

Order