Stan D. Blyth, State Bar Number 166938
THE LAW OFFICES OF STAN D. BLYTH
11 Embarcadero West, Suite 145
Oakland, CA 94607
Telephone: (510) 272-0200
Facsimile: (510) 225-2384

Attorneys for Plaintiff RENTAL SOLUTIONS, LLC

Jack W. Fleming, State Bar No. 86292
Thomas J. Eastmond, State Bar No. 211591
MUSICK, PEELER & GARRETT LLP
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626-1925
Telephone: (714) 668-2421
Facsimile: (714) 668-2490

Attorneys for Defendants TPA-CKY JOINT VENTURE, CKY, INC., TAN PHUNG & ASSOCIATES, AMERICAN CONTRACTORS INDEMNITY COMPANY

James Edward Ganzer, State Bar No. 99293
GANZER AND WILLIAMS
P.O. Box 7683
Stockton, CA 95207
Telephone (209) 476-1661
Facsimile: (209) 476-1674

Attorneys for Defendant CENTRAL VALLEY CONSTRUCTION ENGINEERING, INC.

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, For the Use and Benefit of RENTAL SOLUTIONS, LLC,<br><br>          Plaintiff,<br>vs.<br><br>CENTRAL VALLEY CONSTRUCTION, INC., TPA-CKY JOINT VENTURE, CKY, INC., TAN PHUNG & ASSOCIATES, AMERICAN CONTRACTORS INDEMNITY COMPANY, and DOES 1-20, inclusive,<br><br>          Defendants. | Civil Action File No. C-07-4929 MPH<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

Supplemental Joint Case Management Conference Statement- 1

Plaintiff RENTAL SOLUTIONS, LLC ("RENTAL SOLUTIONS") and Defendants TPA-CKY JOINT VENTURE, ("TPA-CKY JOINT VENTURE") TAN PHUNG & ASSOCIATES ("TPA"), CKY, INC. ("CKY"), AMERICAN CONTRACTORS INDEMNITY COMPANY ("AMERICAN") and CENTRAL VALLEY CONSTRUCTION ENGINEERING COMPANY, INC. ("CENTRAL VALLEY") hereby file the following joint statement pursuant to Civil Local Rule 16-9:

1. **Jurisdiction and Service**. The Court has federal question jurisdiction to hear the claims and counterclaims in this matter pursuant to the Miller Act (40 U.S.C. §§ 270a-270e), and 28 U.S.C. §§1331, 1337. This Court also has supplemental jurisdiction pursuant to 28 U.S.C. §1367. All Defendants have now been served and have appeared in the instant action.

2. **Facts**. On or about June 30, 2005, Defendants CKY and TPA were awarded a joint venture contract as TPA-CKY JOINT VENTURE by the United States of America through the United States Department of the Army Corps of Engineers, more particularly identified as Contract No. W91238-05-C-0019 (the "Prime Contract,") for flood control work on the Napa River, in Napa, California.

On or about July 21, 2005, Defendant TPA-CKY JOINT VENTURE, as principal, and Defendant AMERICAN, as surety, executed and delivered Payment Bond, number 234122, guaranteeing the payment to all persons supplying labor, equipment and materials in the prosecution of the work provided for in the Prime Contract and any and all duly authorized modifications thereof, which bond was executed and delivered as foresaid in accordance with the provisions of an act of the Legislature of the United States of American, dated August 24, 1935, 49 Stat. 793, as amended (40 U.S.C. §§ 270a-270e).

During the course of the performance and prosecution of the work provided for in the Prime Contract, Defendant TPA-CKY JOINT VENTURE entered into a subcontract with Defendant CENTRAL VALLEY for the performance and prosecution of a part of the work described in the general contract between Defendant TPA-CKY JOINT VENTURE and the United States of America. Between July 2006 and October 2006, Plaintiff RENTAL SOLUTIONS rented equipment to Defendant CENTRAL VALLEY that was used in the prosecution of the work provided for in the Prime Contract. Defendant CENTRAL VALLEY has failed and refused to pay the monies owing to Plaintiff RENTAL SOLUTIONS for the rental equipment.

3. **Legal Issues**. At the present time, the parties filing this Supplemental Joint Case Management Conference Statement are unaware of any disputed points of law.

4. **Motions**. On January 16, 2008, Plaintiff RENTAL SOLUTIONS filed an Administrative Motion to Consolidate the instant action with Civil Action File No. C-07-1568 MJJ, ECCO EQUIPMENT CORPORATION vs. CENTRAL VALLEY CONSTRUCTION, et. al. To date, no order has been issued regarding this motion.

5. **Amendment of Pleadings**. No amendment of the pleadings is contemplated at this time.

6. **Evidence Preservation**. The parties jointly filing this supplemental statement have preserved all relevant evidence.

7. **Disclosures**. Plaintiff timely compiled with the initial disclosure requirements under Federal Rule of Civil Procedure 26(f). While Defendants CKY, TPA, TPA-CKY JOINT VENTURE and AMERICAN timely indentified witness individual likely to have discoverable information, said Defendants have not yet identified or produced the documents in their

possession, custody, or control that support their claims or defenses as required under Federal Rule 26. On February 6, 2008, Plaintiff sent a meet and confer letter to said Defendants counsel regarding this issue.

To date, no disclosures have been made by Defendant CENTRAL VALLEY, as it did not appear in the instant action until February 15, 2008.

8.  **Discovery**. No discovery has been conducted to date. The parties to this supplemental joint statement propose no limitations or modifications of the rules of discovery, other than as may be set forth in the proposed discovery plan set forth below.

The parties propose the following discovery plan:

**Interrogatories**: Plaintiff RENTAL SOLUTIONS and Defendants TPA-CKY JOINT VENTURE, CKY, TPA, and AMERICAN (collectively), and Defendant CENTRAL VALLEY shall each be allowed 50 written interrogatories pursuant to FRCP 33.

**Requests for Admission**. Plaintiff RENTAL SOLUTIONS and Defendants TPA-CKY JOINT VENTURE, CKY, TPA and AMERICAN (collectively), and Defendant CENTRAL VALLEY shall each be allowed 50 requests for admission under FRCP 33.

**Depositions**: Plaintiff RENTAL SOLUTIONS and Defendants TPA-CKY JOINT VENTURE, CKY, TPA and AMERICAN (collectively), and Defendant CENTRAL VALLEY shall each be allowed up to 6 depositions on oral examination.

**Requests for Production**. Plaintiff RENTAL SOLUTIONS and Defendants TPA-CKY JOINT VENTURE, CKY, TPA and AMERICAN (collectively), and Defendant CENTRAL VALLEY shall each be allowed 25 requests for production under FRCP 34.

9.  **Class Action**. Not applicable to the instant action.

10. **Related Cases**. As reported in the Notice of Pendency of Related Action filed at the outset of this matter, a related action, Civil Action File No. C 07-01568 MJJ, was previously filed in the United States District Court, Northern District of California, San Francisco Division. Said related suit was filed by Plaintiff ECCO EQUIPMENT CORPORATION against Defendants CENTRAL VALLEY, CKY, TPA and AMERICAN for enforcement of the same Miller Act Payment Bond that Plaintiff RENTAL SOLUTIONS, LLC seeks to enforce in the instant action.

As discussed above, on January 16, 2008, Plaintiff RENTAL SOLUTION filed an Administrative Motion to Consolidate the instant action with Civil Action File No. C 07-01568 MJJ. To date, no order has been issued in regard to this motion.

11. **Relief**. Plaintiff RENTAL SOLUTIONS seeks rentals totaling $41,629.75, after deducting all just credits and offsets, plus statutory interest, late charges, attorney's fees and costs of suit herein incurred, and for such other and further relief as the Court deems just and equitable. Defendant TPA-CKY JOINT VENTURE has filed a cross-action and it seeks express and implied indemnity from Defendant CENTRAL VALLEY for all amounts recovered against it in this action.

12. **ADR**. Plaintiff RENTAL SOLUTIONS and Defendants CKY, TPA, TPA-CKY JOINT VENTURE and AMERICAN have complied with ADR L.R. 3-5, and said parties to this statement have agreed to mediate the instant dispute. There have also been some preliminary settlement talks between Plaintiff RENTAL SOLUTIONS and Defendants CKY, TPA, TPA-CKY JOINT VENTURE and AMERICAN.

Defendant CENTRAL VALLEY did not appear in the instant action until February 15, 2008 and it will comply with ADR L.R. 3-5.

13. **Consent to Magistrate Judge**. Plaintiff RENTAL SOLUTIONS and Defendants CKY, TPA, TPA-CKY JOINT VENTURE and AMERICAN did not consent to a Magistrate Judge, and the instant action was transferred to Judge Marilyn Hall Patel.

14. **Other References**. The parties do not believe that this matter is suitable for reference to binding arbitration, a special master or the Judicial Panel on Multidistrict Litigation.

15. **Narrowing of Issues**. At the present time, the parties to this joint statement are unaware of any issues that can be narrowed by agreement or motion. The parties will work in good faith to stipulate to all uncontested facts prior to the time of trial. The parties do not anticipate the need to bifurcate any issues, claims or defenses.

16. **Expedited Schedule**. The parties to this statement do not believe that this matter can be handled on expedited basis.

17. **Scheduling**. The parties to this statement propose the following scheduling deadlines.

   **Discovery Cut-Off Date: September 1, 2008**

   **Last Date for Dispositive Motions to be Heard: November 1, 2008**

   **Final Pretrial Conference: January 15, 2009**

   **Trial Date: February 3, 2009**

18. **Trial**: This case shall be tried to the Court. The parties to this joint statement believe that the trial will last 5 days.

19. **Disclosure of Non-party Interested Entities or Persons**. The parties to this joint statement have complied with the certification requirement of Local Rule 3-16.

20. **Other Matters**. At the present time, the parties are unaware of any other matters that may facilitate the just, speedy and inexpensive resolution of this matter.

Dated: February 18, 2008

LAW OFFICES OF STAN D. BLYTH
11 Embarcadero West, Suite 145
Oakland, CA 94607

By: _____
STAN D. BLYTH, Attorneys for Plaintiff
RENTAL SOLUTIONS, LLC


MUSICK, PEELER & GARRETT LLP
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626-1925

By: _____
THOMAS J. EASTMAN, Attorneys for
Defendants TPA-CKY JOINT VENTURE,
CKY, INC., TAN PHUNG & ASSOCIATES,
AMERICAN CONTRACTORS
INDEMNITY COMPANY


GANZER AND WILLIAMS
P.O. Box 7683
Stockton, CA 95207

By: _____
James Edward Ganzer, Attorneys for
Defendant CENTRAL VALLEY
CONSTRUCTION ENGINEERING, INC.

Supplemental Joint Case Management Conference Statement- 7

| | | |
|---|---|---|
| 1 | Dated: February 18, 2008 | LAW OFFICES OF STAN D. BLYTH |
| 2 | | 11 Embarcadero West, Suite 145 |
| | | Oakland, CA 94607 |

By: _____
STAN D. BLYTH, Attorneys for Plaintiff
RENTAL SOLUTIONS, LLC


MUSICK, PEELER & GARRETT LLP
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626-1925

By: */s/ Thomas Eastman*
THOMAS J. EASTMAN, Attorneys for
Defendants TPA-CKY JOINT VENTURE,
CKY, INC., TAN PHUNG & ASSOCIATES,
AMERICAN CONTRACTORS
INDEMNITY COMPANY


GANZER AND WILLIAMS
P.O. Box 7683
Stockton, CA 95207

By: _____
James Edward Ganzer, Attorneys for
Defendant CENTRAL VALLEY
CONSTRUCTION ENGINEERING, INC.