IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RENTAL SOLUTIONS                                    No. C 07-04929SI

       Plaintiff,                                         **NOTICE**

  v.

CENTRAL VALLEY CONSTRUCTION,

       Defendant.
                                              /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT a case management conference has been scheduled to occur on Wednesday, March 5, 2008, at 2:00 p.m.

Please comply with the attached order when preparing for the conference and report to Courtroom #10, on the 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

Dated: February 25, 2008                              RICHARD W. WIEKING, Clerk

                                                                                  Tracy Sutton
                                                                                  Deputy Clerk