**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 3/5/08

Case No.  C-07-4929 & C-07-1568 SI       Judge:  SUSAN ILLSTON

Title: ECCO -v- CENTRAL VALLEY

Attorneys: N. Ide, S. Blyth      J. Ganzer, J. Fleming

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)  Further Case Management Conference - HELD

2) 

3) 

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                     PART

Case continued to **3/10/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to   @ **9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to   @ **3:30 p.m.**  for Pretrial Conference

Case continued to   @ **8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Counsel shall meet and confer re: discovery schedule.