**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 3/10/08

Case No.   C-07-1568 & C-07-4929 SI          Judge:   SUSAN ILLSTON

Title: ECCO EQUIPMENT -v- CENTRAL VALLEY CONSTRUCTION
         RENTAL SOLUTIONS v. CENTRAL VALLEY

Attorneys: N. Ide, S. Blythe          J. Fleming, J. Ganzer

Deputy Clerk:  Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Further Case Management Conference

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                              PART

Case continued to **7/18/08   @ 2:30 p.m.** for Further Case Management Conference

Case continued to **9/26/08   @ 9:00 a.m.**   for Motions
(Motion due **8/22/08**, Opposition **9/5/089** Reply **/12/08**)

Case continued to **10/28/08   @ 3:30 p.m.**  for Pretrial Conference

Case continued to **11/10/08   @ 8:30 a.m.**  for Trial (jury:5  Days)
Discovery Cutoff: 8/29/08  Designate Experts by: 9/12/08, Rebuttal Experts:9/26/08, Expert Discovery Cutoff:10/24/08

ORDERED AFTER HEARING:
The parties agree to participate in private mediation in June 2008.  Counsel shall inform the Court by March 21, 2008 of the mediator selected.

The Court granted 25 additional requests for production of documents as of today.