# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

ECCO EQUIPMENT
    Plaintiff,

v.

CENTRAL VALLEY CONSTRUCTION,
    Defendant.

RENTAL SOLUTIONS
    Plaintiff,

v.

CENTRAL VALLEY CONSTRUCTION,
    Defendant.
_____/

No. C 07-04929 SI
**and**
C 07-4929 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 18, 2008 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is 8/29/08.

DESIGNATION OF EXPERTS: 9/12/08; REBUTTAL: 9/26/08.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 24, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by August 22, 2008;

    Opp. Due September 5, 2008;  Reply Due September 12, 2008;

    and set for hearing no later than September 26, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 28, 2008 at 3:30 PM.

JURY TRIAL DATE: November 10, 2008 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties agree to participate in private mediation in June 2008.  Counsel shall inform the Court by March 21, 2008 of the mediator selected.
The Court granted 25 additional requests for production of documents as of today.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

SUSAN ILLSTON
United States District Judge