**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 7/18/08

Case No.   C-07-1568 & C-07-4929 SI          Judge:   SUSAN ILLSTON

Title: ECCO EQUIPMENT -v- CENTRAL VALLEY CONSTRUCTION
       RENTAL SOLUTIONS v. CENTRAL VALLEY

Attorneys: N. Ide, S. Blythe         J. Fleming, J. Ganzer

Deputy Clerk:  Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Further Case Management Conference

2)

3)

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                     PART

Case continued to **12/5/08   @ 9:00 a.m.**   for Motions
(Motion due **10/31/08**, Opposition **11/14/08** Reply **11/21/08**)

Case continued to **1/27/09 @ 3:30 p.m.**  for Pretrial Conference

Case continued to **2/9/09  @ 8:30 a.m.**  for Trial (jury:5  Days)
Discovery Cutoff: 12/5/08 Designate Experts by: 11/3/08, Rebuttal Experts:11/17/08, Expert Discovery Cutoff:12/19/08

ORDERED AFTER HEARING:
RE: C-07-4929
The case will be dismissed within two weeks.

RE: 07-1568
The settlement conference scheduled to occur before Judge Zimmerman on 8/12/08 is vacated.  The referral is vacated.
The Court adjusted the trial schedule as indicated above.

CC: BZ/Wings

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 7/18/08

Case No.   C-07-1568 & C-07-4929 SI            Judge:   SUSAN ILLSTON

Title: ECCO EQUIPMENT -v- CENTRAL VALLEY CONSTRUCTION
       RENTAL SOLUTIONS v. CENTRAL VALLEY

Attorneys: N. Ide, S. Blythe         J. Fleming, J. Ganzer

Deputy Clerk:  Tracy Sutton  Court Reporter: n/a

**PROCEEDINGS**

1)   Further Case Management Conference

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to **12/5/08  @ 9:00 a.m.**   for Motions
(Motion due **10/31/08**, Opposition **11/14/08** Reply **11/21/08**)

Case continued to **1/27/09 @ 3:30 p.m.**  for Pretrial Conference

Case continued to **2/9/09  @ 8:30 a.m.**  for Trial (jury:5  Days)
Discovery Cutoff: 12/5/08 Designate Experts by: 11/3/08, Rebuttal Experts:11/17/08, Expert Discovery Cutoff:12/19/08

ORDERED AFTER HEARING:
RE: C-07-4929
The case will be dismissed within two weeks.

RE: 07-1568
The settlement conference scheduled to occur before Judge Zimmerman on 8/12/08 is vacated.  The referral is vacated.
The Court adjusted the trial schedule as indicated above.

CC: BZ/Wings

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 7/18/08

Case No.   C-07-1568 & C-07-4929 SI            Judge:   SUSAN ILLSTON

Title: ECCO EQUIPMENT -v- CENTRAL VALLEY CONSTRUCTION
       RENTAL SOLUTIONS v. CENTRAL VALLEY

Attorneys: N. Ide, S. Blythe        J. Fleming, J. Ganzer

Deputy Clerk:  Tracy Sutton  Court Reporter: n/a

**PROCEEDINGS**

1)   Further Case Management Conference

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to **12/5/08   @ 9:00 a.m.**   for Motions
(Motion due **10/31/08**, Opposition **11/14/08** Reply **11/21/08**)

Case continued to **1/27/09 @ 3:30 p.m.**  for Pretrial Conference

Case continued to **2/9/09  @ 8:30 a.m.**  for Trial (jury:5  Days)
Discovery Cutoff: 12/5/08 Designate Experts by: 11/3/08, Rebuttal Experts:11/17/08, Expert Discovery Cutoff:12/19/08

ORDERED AFTER HEARING:
RE: C-07-4929
The case will be dismissed within two weeks.

RE: 07-1568
The settlement conference scheduled to occur before Judge Zimmerman on 8/12/08 is vacated. The referral is vacated.
The Court adjusted the trial schedule as indicated above.

CC: BZ/Wings