Stan D. Blyth, State Bar Number 166938
THE LAW OFFICES OF STAN D. BLYTH
11 Embarcadero West, Suite 145
Oakland, CA 94607
Telephone: (510) 272-0200
Facsimile: (510) 225-2384

Attorneys for Plaintiff RENTAL SOLUTIONS, LLC

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, For the Use and Benefit of RENTAL SOLUTIONS, LLC,<br><br>           Plaintiff,<br>vs.<br><br>CENTRAL VALLEY CONSTRUCTION, INC., TPA-CKY JOINT VENTURE, CKY, INC., TAN PHUNG & ASSOCIATES, AMERICAN CONTRACTORS INDEMNITY COMPANY, and DOES 1-20, inclusive,<br><br>           Defendants. | Civil Action File No. C-07-4929 SI<br><br>**REPORT ON STATUS OF SETTLEMENT** |

The settlement between Plaintiff RENTAL SOLUTIONS, LLC ("Plaintiff") and Defendants was not consummated under the original timeline indicated to the Court. However, Plaintiff is currently in possession of a post-dated check (dated September 3, 2008) for the last installment of the settlement amount. Within one week after the final post-dated check has been negotiated, the parties will file a dismal of the action.

Dated: August 21, 2008

THE LAW OFFICES OF STAN D. BLYTH
11 Embarcadero West, Suite 145
Oakland, CA 94607

By: _/s/ Stan D. Blyth_
STAN D. BLYTH, Attorneys for Plaintiff

Status Report on Status of Settlement - 1