Stan D. Blyth, State Bar Number 166938
THE LAW OFFICES OF STAN D. BLYTH
11 Embarcadero West, Suite 145
Oakland, CA 94607
Telephone: (510) 272-0200
Facsimile: (510) 225-2384

Attorneys for Plaintiff RENTAL SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, For the Use and Benefit of RENTAL SOLUTIONS, LLC,<br>　　　　Plaintiff,<br>vs.<br>CENTRAL VALLEY CONSTRUCTION, INC., TPA-CKY JOINT VENTURE, CKY, INC., TAN PHUNG & ASSOCIATES, AMERICAN CONTRACTORS INDEMNITY COMPANY, and DOES 1-20, inclusive,<br>　　　　Defendants. | Civil Action File No. C-07-4929 SI<br><br>**VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff RENTAL SOLUTIONS, LLC and Defendants CENTRAL VALLEY CONSTRUCTION, INC., TPA-CKY JOINT VENTURE, CKY, INC., TAN PHUNG & ASSOCIATES, and AMERICAN CONTRACTORS INDEMNITY COMPANY enter into this Voluntary Stipulation of Dismissal with Prejudice, of this action, with each party to bear its own costs and attorneys' fees.

/////

/////

/////

Voluntary Stipulation of Dismissal With Prejudice- 1

IT IS SO STIPULATED:

Dated: September 29, 2008

**THE LAW OFFICES OF STAN D. BLYTH**
11 Embarcadero West, Suite 145
Oakland, CA 94607

By: _____
STAN D. BLYTH, Attorneys for Plaintiff
Rental Solutions, LLC

**MUSICK, PEELER & GARRETT LLP**
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626-1925

By: _____
THOMAS J. EASTMAN, Attorneys for
Defendants TPA-CKY JOINT VENTURE,
CKY, INC., TAN PHUNG & ASSOCIATES,
AMERICAN CONTRACTORS
INDEMNITY COMPANY

**GANZER AND WILLIAMS**
P.O. Box 7683
Stockton, CA 95207

By: _____/s/ James Ganzer/_____
James Edward Ganzer, Attorneys for
Defendant CENTRAL VALLEY
CONSTRUCTION ENGINEERING, INC.

IT IS SO STIPULATED:

Dated: September 29, 2008

THE LAW OFFICES OF STAN D. BLYTH
11 Embarcadero West, Suite 145
Oakland, CA 94607

By: _____
STAN D. BLYTH, Attorneys for Plaintiff
Rental Solutions, LLC

MUSICK, PEELER & GARRETT LLP
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626-1925

By: _____
THOMAS J. EASTMAN, Attorneys for
Defendants TPA-CKY JOINT VENTURE,
CKY, INC., TAN PHUNG & ASSOCIATES,
AMERICAN CONTRACTORS
INDEMNITY COMPANY

GANZER AND WILLIAMS
P.O. Box 7683
Stockton, CA 95207

By: _____
James Edward Ganzer, Attorneys for
Defendant CENTRAL VALLEY
CONSTRUCTION ENGINEERING, INC.

IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Voluntary Stipulation of Dismissal With Prejudice- 2